**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Thomas SHIVER, Defendant–Appellant.**

**No. 07–15802**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 23, 2008.

Michael B. Cohen, Lauderdale, FL, for Defendant–Appellant.

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for William T. Shiver in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant on the ground that the appeal has no arguable merit, and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shiver's conviction and sentence are **AFFIRMED.**